UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DERREL L. THOMAS,

    Plaintiff,

v.                                            CASE NO: 8:08-cv-2258-T-23MAP

VIRGINIA M. HERNANDEZ COVINGTON,

    Defendant,
_____/

**ORDER**

Pursuant to Local Rule 6.01(c)(18), the plaintiff's motion to proceed in forma pauperis (Doc. 2) was referred to the United States Magistrate Judge. On November 14, 2008, the Magistrate Judge issued a report (Doc. 3) recommending dismissal of this case, sua sponte, for failure to state a claim. The plaintiff objects (Doc. 7) to the magistrate's a report.

A de novo review of the complaint reveals that the action is frivolous. The plaintiff seeks damages and injunctive relief against a sitting district court judge who ruled against the plaintiff in a separate lawsuit. See Thomas v. Hernando County Hous. Auth., No. 8:07-cv-1902-T-33EAJ (M.D. Fla.). The defendant enjoys absolute immunity from this suit. See Pierson v. Ray, 386 U.S. 547, 554 (1967) (a judge should not have to "fear that unsatisfied litigants may hound him with litigation charging malice or corruption.") Accordingly, the plaintiff's objections (Doc. 7) are **OVERRULED**, and the Magistrate Judge's report and recommendation (Doc. 3) is **ADOPTED**. The plaintiff's motion (Doc. 2) to proceed in forma pauperis is **DENIED**. Pursuant to 28 U.S.C. § 1915,

the complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.  The Clerk is directed to close the case.

ORDERED in Tampa, Florida, on November 25, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

xc:  Magistrate Judge